E-FILED
Tuesday, 01 December, 2020  04:26:24 PM
Clerk, U.S. District Court, ILCD

AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

In the Matter of the Search of  )
*(Briefly describe the property to be searched*  )
*or identify the person by name and address)*  )  Case No. 20-mj-6480
 )
Apple Iphone model A1660 CURRENTLY LOCATED  )
AT: FBI Peoria Resident Agency, 211 Fulton Street,  )
Suite 710, Peoria, Illinois  )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the ___Central___ District of ___Illinois___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2422(b) | Using facilities of interstate commerce, that is a mobile phone, connected to the Internet, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity under such circumstances as would constitute a criminal act in violation of 18 United States Code, Section 2422(b) |

The application is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days *(give exact ending date if more than 30 days:* ____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Kurt Bendoraitis*
_____
*Applicant's signature*

Special Agent Kurt Bendoraitis, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
___telephone___ *(specify reliable electronic means)*.

*Johnathan E Hawley*

Date: 12/1/2020
_____
*Judge's signature*

City and state: Peoria, Illinois     Hon. Jonathan E. Hawley, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br>Apple Iphone model A1660<br><br>CURRENTLY LOCATED AT: FBI Peoria Resident Agency, 211 Fulton Street, Suite 710, Peoria, IL | Case No. 20-mj-6480<br><br>**Filed Under Seal** |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION UNDER RULE 41 FOR A
### SEARCH WARRANT TO SEARCH AND SEIZE

I, Kurt Bendoraitis, being first duly sworn, hereby depose and state as follows:

#### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation and have been since May 14, 2017. As part of my duties, I investigate violations of federal law, including the online exploitation of children, particularly in relation of violations of Title 18, United States Code, Sections 1591, 2251, 2252A, and 2422 which criminalize, among other things, the production, advertisement, possession, receipt, transportation of child pornography, individuals attempting to persuade, induce, and entice minors to engage in sexual activity, and underage prostitution. I have gained experience in the conduct of such investigations through training in classes and work related to conducting these types of investigations. Specifically, I have received training in the Online Sexual Exploitation of Children. I have been involved in multiple search warrants, arrests, and have conducted online chatting investigations in an undercover capacity. As a federal agent, I am authorized to investigate and assist in the prosecution

1

of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal courts.

2. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## IDENTIFICATION OF THE DEVICE TO BE EXAMINED

3. This affidavit is submitted in support of an application for the issuance of a search warrant to search the Apple Iphone with model number A1660, hereinafter the "Device," used by Michael McKinney and currently in the possession of the Federal Bureau of Investigation.

4. The applied-for warrant would authorize the forensic examination of the Device for the purpose of identifying electronically stored data particularly described in **Attachment B**.

## STATUTORY AUTHORITY

5. This investigation concerns alleged violations of 18 U.S.C. § 2422(b), relating to enticing a minor into illegal sexual activity.

   a. 18 U.S.C. 2242(b) prohibits using any facility or means of interstate commerce to knowingly persuade, induce, entice or coerce any individual who has not attainted the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged, or attempt to do so.

   b. The internet is a facility of interstate commerce

2

## DEFINITION OF TERMS

6.   The following terms used in this affidavit have the indicated meaning in this affidavit:

   a. The term "minor" is defined at 18 U.S.C § 2256(1) as any person under the age of eighteen years.

   b. The term "sexually explicit conduct" is defined at 18 U.S.C. § 2256(2)(A) as actual or simulated – (i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or anal-oral, whether between person of the same or opposite sex; (ii) beastiality, (iii) masturbation; (iv) sadistic or masochistic abuse; or (v) lascivious exhibition of the genitals or pubic area of any person.

   c. A wireless telephone (or mobile telephone, or cellular telephone) is a handheld wireless device used for voice and data communication through radio signals. These telephones send signals through networks of transmitter/receivers, enabling communication with other wireless telephones or traditional "land line" telephones. A wireless telephone usually contains a "call log," which records the telephone number, date, and time of calls made to and from the phone. In addition to enabling voice communications, wireless telephones offer a broad range of capabilities. These capabilities include: storing names and phone numbers in electronic "address books;" sending, receiving, and storing text messages and e-mail; taking, sending, receiving, and storing still photographs and moving video; storing and playing back audio files; storing dates, appointments, and other information on personal calendars; and accessing and downloading information from the Internet. Wireless telephones may also include global positioning system ("GPS") technology for determining the location of the device.

   d. Digital camera: A digital camera is a camera that records pictures as digital picture files, rather than by using photographic film. Digital cameras use a variety of fixed and removable storage media to store their recorded images. Images can usually be retrieved by connecting the camera to a computer or by connecting the removable storage medium to a separate reader. Removable storage media include various types of flash memory cards or miniature hard drives. Most digital cameras also include a screen for viewing the stored images. This storage media can contain any digital data, including data unrelated to photographs or videos.

3

e. Portable media player: A portable media player (or "MP3 Player" or iPod) is a handheld digital storage device designed primarily to store and play audio, video, or photographic files. However, a portable media player can also store other digital data. Some portable media players can use removable storage media. Removable storage media include various types of flash memory cards or miniature hard drives. This removable storage media can also store any digital data. Depending on the model, a portable media player may have the ability to store very large amounts of electronic data and may offer additional features such as a calendar, contact list, clock, or games.

f. PDA: A personal digital assistant, or PDA, is a handheld electronic device used for storing data (such as names, addresses, appointments or notes) and utilizing computer programs. Some PDAs also function as wireless communication devices and are used to access the Internet and send and receive e-mail. PDAs usually include a memory card or other removable storage media for storing data and a keyboard and/or touch screen for entering data. Removable storage media include various types of flash memory cards or miniature hard drives. This removable storage media can store any digital data. Most PDAs run computer software, giving them many of the same capabilities as personal computers. For example, PDA users can work with word-processing documents, spreadsheets, and presentations. PDAs may also include global positioning system ("GPS") technology for determining the location of the device.

g. GPS: A GPS navigation device uses the Global Positioning System to display its current location. It often contains records the locations where it has been. Some GPS navigation devices can give a user driving or walking directions to another location. These devices can contain records of the addresses or locations involved in such navigation. The Global Positioning System (generally abbreviated "GPS") consists of 24 NAVSTAR satellites orbiting the Earth. Each satellite contains an extremely accurate clock. Each satellite repeatedly transmits by radio a mathematical representation of the current time, combined with a special sequence of numbers. These signals are sent by radio, using specifications that are publicly available. A GPS antenna on Earth can receive those signals. When a GPS antenna receives signals from at least four satellites, a computer connected to that antenna can mathematically calculate the antenna's latitude, longitude, and sometimes altitude with a high level of precision.

4

h. Tablet: A tablet is a mobile computer, typically larger than a phone yet smaller than a notebook, that is primarily operated by touching the screen. Tablets function as wireless communication devices and can be used to access the Internet through cellular networks, 802.11 "wi-fi" networks, or otherwise. Tablets typically contain programs called apps, which, like programs on a personal computer, perform different functions and save data associated with those functions. Apps can, for example, permit accessing the Web, sending and receiving e-mail, and participating in Internet social networks.

i. IP Address: An Internet Protocol address (or simply "IP address") is a unique numeric address used by computers on the Internet. An IP address is a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178). Every computer attached to the Internet computer must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination. Most Internet service providers control a range of IP addresses. Some computers have static — that is, long-term — IP addresses, while other computers have dynamic — that is, frequently changed — IP addresses.

j. Internet: The Internet is a global network of computers and other electronic devices that communicate with each other. Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

## TRAINING AND EXPERIENCE

7. Through the use of computers and/or mobile phones and the Internet, people attempting to exploit minors can use various web sites to conduct business, allowing them to remain relatively anonymous. Additionally, the development of various mobile applications, including several dating applications, allows for users who are otherwise unknown to one another to engage in immediate, direct communication.

5

8. The Internet allows users, while still maintaining anonymity, to easily locate other individuals with similar interests in minors and/or Web sites that offer sexually explicit images of minors.

9. Based on my training, experience, and research, and from consulting the manufacturer's advertisements and product technical specifications available online at www.apple.com, I know that the Device has capabilities that allow it to serve as a wireless telephone, digital camera, portable media player, GPS navigation device, and PDA. In my training and experience, examining data stored on devices of this type can uncover, among other things, evidence that reveals or suggests who possessed or used the device.

10. Based on my training, experience, and other law enforcement officers I have talked with, I know that numerous online and mobile dating applications/websites require users to be at least 18 years old. Since there are few ways to verify the age, users can actually be under the age of 18 and use online and mobile dating applications/websites.

11. Based on my training, experience, and other law enforcement officers I have talked with, I know that individuals who have a sexual interest in minors generally keep photographs of minors in various formats (electronic storage, hard copy) for their sexual gratification.

## INVESTIGATION

12. On November 9, 2020, an FBI Online Covert Employee (OCE) was conducting an undercover investigation on the online marketplace, Craigslist. OCE posted an advertisement in the Quad Cities Missed Connections section titled "L¡L Fun (Rock Island)" with text "Looking to $har€ my l¡l for the right deal. Hmu if l¡ke m¡nded [girl emoji][devil emoji][smiley face with dollar sign for eyes and dollar sign on tongue emoji]"

13. Also, on November 9, 2020 a user having a display name, "Michael McKinney" (hereinafter "Subject") responded through the Craigslist email relay system. The Craigslist email relay system allows users to respond, via email, to advertisements but does not reveal the user's actual email address to the other user. When a person contacts another party via Craigslist's email relay system, Craigslist provides a reply email address specific to that user's reply, which keeps the user's personal email address hidden. However, if a user has a display name associated with their personal email address, Craigslist does not anonymize the display name and the display name will still be visible to the recipient. The Subject replied to the OCE's Craigslist advertisement and the following is an excerpt of the conversation:

SUBJECT: [boy emoji with arm up][boy emoji with arm up]

OCE: Nice! Well what are you into? I'm sharing my daughter for donations

SUBJECT: [smiley emoji with hearts for eyes] How much?

SUBJECT: I'm into Almost everything tbh haha

7

OCE: Shes 11yo and sexy. 200 for am hour or 100 if I get to watch

SUBJECT: Dude you can totally watch!!! But I was actually just gonna message you, I don't get paid for another week or so. But I'd you let me swing by tonight and test the product I swear on god I'll come just about every week *PAID* after that haha cause I've wanted this for so long!! Id things go right tonight, I promise this will be the greatest thing that'd ever happened to EITHER of us [blow a kiss emoji] also it's cool if you want to charge me for this time 100 then I'll give 200 when I come back "! She's the perfect age [hearts for eyes emoji]

SUBJECT: You can always watch and join in too btw we can both fill her up

OCE: That would work for me! You available Friday or Saturday though? I'm available until then. Can we get off this cl email? Text or kik?

SUBJECT: Sure thing what's your #? And I was hoping we could meet today Sometime if you had the time !!

SUBJECT: Other wise sure either day works !

OCE: [OCE's telephone number] text me

SUBJECT: Also you got snapchat? Messages don't save on there so we'd be in the clear

    14. Also on November 9, 2020, Subject texted, utilizing telephone number 309-737-1033, OCE. The following is an excerpt of the conversation:

SUBJECT: Hey

SUBJECT: You from gmail ?

8

OCE: Yep that's me

OCE: When you get paid it makes me alittle nervous that you'll fuck her once and I get nothing

SUBJECT: I get the worry but you have my word. This is what I've waited for for years. I'm being dead serious when I tell you I want to see her as much as I can. At

SUBJECT: Least a few times a month

OCE: Well she is addicting lol

SUBJECT: Dude I bet xD I've never had young before but I think about it every day, I bet her pussy just wraps around your cock so tight

OCE: Yea it does! It's so tight and sweeg

OCE: Sweet*

OCE: You ever seen young pussy before

SUBJECT: Seen a couple pics!! But I can only imagine the real thing [drooling emoji][drooling emoji]

OCE: Lol. Yea a pic doesn't do it justice

SUBJECT: Hey you wanna both fuck her tonight? Also thanks now I'm jerking off haha

OCE: Lol I can't tonight. Womt be free un the evenings until Friday

SUBJECT: Aww damn well that's fine let's try on Fridy then! It's gonna be fucking hard to wait till then tho lol I want to be inside her right f'in now

OCE: Lol well it will be well worth the wait

SUBJECT: Oh I'm absolutely sure about that haha btw I'm in silvis so is tht far from you ?

9

OCE: I'm in rock island

SUBJECT: Sweeeet

OCE: Your not too far

SUBJECT: Yea prob 15 mins

SUBJECT: I'm so excited to meet you both !!

OCE: Me too. Never had a regular thing before

SUBJECT: How many have been with her? If you don't mind me askin (I don't judge just wondering)

OCE: 3 others have been with her. One only got a bj though and he ate her out

SUBJECT: Gotcha that's cool! Cause tbh I would rather the number be low than high

SUBJECT: How she do with it? A younger girl you could make do anything without a care buy at her age does she try to fight it or anything

OCE: No she doesn't fight it. She pretty much gets what she wants thou. I spoil the shit out of her. You just have make her feel comfortable

SUBJECT: She's a good girl and I'll do my best to! I want her and I to really really like eachother

OCE: Awesome

SUBJECT: Text me anytime and keep in touch for Friday! You two take care till

SUBJECT: we meet [hearts for eyes emoji]

OCE: Sounds good

The conversation continued on November 12, 2020

SUBJECT: Hey! We still on for tomorrow?

10